DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LAQUISHA EQUILLA HATTEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4017

_____

September 6, 2023

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender and Stephania A. Valantasis, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.